UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER CLAVANO,<br><br>    Petitioner,<br><br>  v.<br><br>TONY HEDGEPATH, Warden,<br><br>    Respondent. | Case No. EDCV 07-275-MMM (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the instant Petition along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

    IT IS ORDERED that a Judgment be issued denying the instant Petition and dismissing the action with prejudice.

    IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on counsel for Petitioner and Respondent.

DATED:   August 21, 2009

                                MARGARET M. MORROW<br>
                                United States District Judge