JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVER CLAVANO,<br><br>    Petitioner,<br><br>    v.<br><br>TONY HEDGEPATH, Warden,<br><br>    Respondent. | Case No. EDCV 07-275-MMM (JWJ)<br><br>JUDGMENT |

    Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    IT IS ADJUDGED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED:   August 21, 2009

                                        MARGARET M. MORROW
                                        United States District Judge